UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Kimberly Starling,** *individually and on behalf of others similarly situated*<br><br>Plaintiff,<br><br>v.<br><br>**W Streets LLC and Next Level Mastermind LLC,** | Case No. 2:23-cv-00014-SMB |

## NOTICE OF VOLUNTARY DISMISSAL OF NEXT LEVEL MASTERMIND LLC ONLY

TO THE CLERK OF COURT AND THE HONORABLE JUDGE BRNOVICH:

    Plaintiff Kimberly Starling hereby voluntarily dismisses with prejudice her claims against Next Level Mastermind LLC **only**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff will proceed with her claims against Defendant W Streets LLC.

Respectfully submitted,

Dated:    April 12, 2023         By: */s/ Jacob U. Ginsburg*
                                                                 Jacob U. Ginsburg, Esq.

SDTX ID No. 3568914
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

David J. McGlothlin (SBN 026059)
david@kazlg.com
Ryan L. McBride (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served on this date via the electronic filing system and mailed to the below addresses via US Mail:

DeVon Veater, Esq.

Brentwood Law Group

2520 East University Drive, Suite 103

Tempe, AZ 85281

dveater@brentwoodlg.com


Next Level Mastermind LLC
1406 W 14th St #101

Tempe, AZ 85281

                                                   /s/ *Jacob U. Ginsburg*
                                                   Jacob U. Ginsburg