David J. McGlothlin (SBN 026059)
david@kazlg.com
Ryan L. McBride (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Jacob U. Ginsburg, Esq. (phv)
**KIMMEL & SILVERMAN, PC**
30 E. Butler Avenue
Ambler, PA 19002
Tel: (267) 468-5374
Fax: 215-540-8817
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Starling, individually and on behalf of others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>W Streets LLC and Next Level Mastermind LLC,<br><br>Defendants. | Case No. 2:23-cv-00014-SMB<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

TO THE CLERK OF COURT:

Plaintiff, Kimberly Starling ("Plaintiff"), by and through her undersigned counsel, hereby requests for entry of default against Defendant, W Streets, LLC ("W Streets").

1  W Streets was served via the Texas Secretary of State on April 24th , 2023. See
2  Docket Entry 11.  Accordingly, W Streets' answer would have been due May 15th,
3  2023.  As of this date, no answer has been filed by W Streets.
4  For those reasons and those set forth in the accompanying Affidavit, Plaintiff
5  requests the Clerk enter default against Defendant W Streets LLC, pursuant to Fed. R.
6  Civ. P. 55(a).

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (phv)
**KIMMEL & SILVERMAN, PC**
30 E. Butler Avenue
Ambler, PA 19002
Tel: (267) 468-5374
Fax: 215-540-8817
jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorneys for Plaintiff*

Dated: June 13, 2023

# CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the foregoing motion in the above-captioned matter, upon all parties of record via ECF and the following via standard mail on June 13, 2023:

>W Streets LLC
>C/o Jamie Leann Wooley
>(Registered Agent for Service of Process)
>111 Hunters Glen Drive
>Wylie, TX 75098

*/s/ Jacob U. Ginsburg*