Ryan L. McBride (SBN 032001)
ryan@kazlg.com
Kazerouni Law Group, APC
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

Jacob U. Ginsburg, Esq. (*pro hac vice*)
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Telephone: (267) 468-5374
Facsimile: 215-540-8817
jginsburg@creditlaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberly Starling,<br><br>*Plaintiff,*<br><br>W Streets LLC and Next Level Mastermind LLC,<br><br>*Defendants.* | Case No. 2:23-cv-00014-SMB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE CLERK OF COURT AND THE HONORABLE JUDGE BRNOVITCH:

Please take notice that Plaintiff, Kimberly Starling hereby dismisses Defendant W Streets, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Where no claims remain pending against any defendant, it is Plaintiff's position that the case can be closed.

Respectfully submitted,

*/s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esq. (phv)
Kimmel & Silverman, P.C.
30 East Butler Ave.
Ambler, PA 19002
Phone: (267) 468-5374
Facsimile: 877-788-2864
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg hereby certify that on November 16, 2023, a true and correct copy of the foregoing was electronically served on Defendant W Streets, LLC via US Mail and email to the following:

Matthew R. Pitts, Esq.
PITTS LAW, PLLC
14314 S. Fort Pierce Way
Herriman, UT 84096
(801) 427-2500
matt@pittslawyer.com

W Streets, LLC
c/o Jamie Wooley
5250 Hwy 78 St #750134
Sachse TX 75048

*/s/ Jacob U. Ginsburg*